# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 30, 2006

131527 & (65)(66)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

TRAVELERS INDEMNITY COMPANY,
      Plaintiff-Appellant,

v

SC: 131527
COA: 265786
Oakland CC: 2005-065206-CZ

KUHLMAN CORPORATION, KUHLMAN
ELECTRIC CORPORATION, BORG-WARNER,
INC., TRIAL COURT GROUP, L.L.C., d/b/a THE
CARLYLE GROUP, a/k/a CARLYLE GROUP,
L.P.,
      Defendants-Appellees,
and

HARTFORD ACCIDENT & INDEMNITY
COMPANY, COMMERCE & INDUSTRY
INSURANCE COMPANY, FEDERAL
INSURANCE COMPANY,
      Interested Parties.

_____/

      On order of the Court, the motions for miscellaneous relief are GRANTED. The application for leave to appeal the May 16, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 30, 2006

_____

Clerk

t1122